**Exhibit A to the Complaint**

**Location:** Ridgewood, NJ  
**Total Works Infringed:** 25  
**IP Address:** 108.35.0.111  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: D3A8686D0E5DCFEB55AF410836850391E8E0A28F<br>File Hash:<br>3B831D089671C82F856782A5E21C26A080F514DD256CE8C79A8537F69C0B72A1 | 10/11/2024<br>01:03:59 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 2 | Info Hash: BED6805283D6C08F710E28799BA5CD245A8595B2<br>File Hash:<br>31864FB41491E490696067AF07761EE1B0D185D6149CBFC38136F27112DB8D6D | 10/09/2024<br>19:17:31 | Milfy | 10/09/2024 | 10/16/2024 | PA0002494691 |
| 3 | Info Hash: 8D6772E1FB3A759C127960BB771D49B1C74DB88D<br>File Hash:<br>CA9F06D6E5D35626D12B066BBC7CD3CC7FC482A0198A74A7712DA3E27BCD35D2 | 09/23/2024<br>00:22:09 | Tushy | 09/22/2024 | 10/16/2024 | PA0002494781 |
| 4 | Info Hash: 13D7265FFB94B4A19E7B10DFE5E3F9AB4F7DC4CE<br>File Hash:<br>AF131A630997E6F2B598E5EE0B901AD1466749E6A95261321A4D9A3B7B105104 | 09/16/2024<br>22:36:30 | Blacked Raw | 09/16/2024 | 10/16/2024 | PA0002494705 |
| 5 | Info Hash: 821591D3B453F814B8CD10994842274B6E4CDBE1<br>File Hash:<br>747070B2CFE2FC543DDC7AB0BF056A27AA2812738B3AD3AC90B014F204A5CECE | 09/10/2024<br>23:30:42 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 6 | Info Hash: D3956455AEEDA6F06686BB1D022FC06746E77929<br>File Hash:<br>E97861DA02CF9FA95BB1B3170CD3BBB4A2955F13F79AC606ED84638701BF7557 | 09/05/2024<br>13:49:54 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |
| 7 | Info Hash: BE4A49C7DC2F3126D8AA4532306A5423DB997815<br>File Hash:<br>6FE876B101E649864717A8AC21F837BD2BC1EBCCF014EE82D69D3CFCE99D58B0 | 08/17/2024<br>14:28:11 | Blacked | 08/16/2024 | 09/17/2024 | PA0002490360 |
| 8 | Info Hash: AF34356D2199CA85893A2E98AAEBB4500ABA65A1<br>File Hash:<br>1FC16ED403FB1853A4C3F8344F9B9AE5FC985362C0BE898B1B370B5AC5C0B8EE | 08/12/2024<br>00:27:09 | Tushy | 08/11/2024 | 08/15/2024 | PA0002484873 |
| 9 | Info Hash: DC714134EC701B4DEF6CC5102879C748C5EFE0D9<br>File Hash:<br>C70D0E33776EFE604DC862B17FEA85654071E9CF54477D5F8341CA53FC0D2B96 | 08/12/2024<br>00:25:57 | Blacked | 08/11/2024 | 08/14/2024 | PA0002484821 |
| 10 | Info Hash: 46C0FC7763AA487666AB2F8B870C4D11037036D2<br>File Hash:<br>BBCB034F252A7BA389CCFE36B9986631E83A26F9B72C68799556AA13DF333340 | 08/04/2024<br>20:24:57 | Tushy | 08/04/2024 | 08/14/2024 | PA0002484839 |
| 11 | Info Hash: 96B6F3F12F7C4890712132D1B547CDB659F776D1<br>File Hash:<br>7F4C1AE99F491EF6676CF3C97E12BF43DDEB82F8FC509453647ADDE9A4A5F2DE | 06/30/2024<br>22:58:40 | Tushy | 06/30/2024 | 07/15/2024 | PA0002480674 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: EBB324572399922C766DE94F3778200FF7E3B92C<br>File Hash:<br>0454ADF7A08532C7A22B4B12D914978866F08FC3B7325313EA2FBE9A442C77B7 | 06/23/2024<br>22:44:08 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 13 | Info Hash: FC84FD1A62C408BA1409E6742F3C74272D4F3A70<br>File Hash:<br>D0876FC166C67E2AF4D105430433A52E1E2C0322D7394EA23318A495EC3CB021 | 06/21/2024<br>12:57:57 | Milfy | 06/19/2024 | 09/09/2024 | PA0002491142 |
| 14 | Info Hash: 10B2C63BB7B8C0A1AF3066B920605352BE017E54<br>File Hash:<br>BB63BBF47773E5873810CF109284E266C9E37A9A121B85EDF0661F35D31373C3 | 06/18/2024<br>04:46:03 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 15 | Info Hash: 937E427FFCD470943253D1871C2889B4CA595769<br>File Hash:<br>A7588BC816DC94F40D7551EAAA0C47010A2AB7C83944EC5A590159FF2479A3B2 | 06/17/2024<br>23:10:04 | Blacked | 06/17/2024 | 07/15/2024 | PA0002480615 |
| 16 | Info Hash: E9B275D900EAA0F53AF83265046BCF79D93E80F6<br>File Hash:<br>82419E8908205DFA5A8BDB4072716E2C1766136F4845C86874564CFDD1B5B525 | 06/13/2024<br>13:03:13 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 17 | Info Hash: 413801438C0E04A56560AB471A1A6C169870AEFF<br>File Hash:<br>C4690E334E4511C12C255EB72B847D1C5FE74281685606A29E27EC8B6D043CD9 | 06/06/2024<br>23:56:37 | Milfy | 06/05/2024 | 09/09/2024 | PA0002492284 |
| 18 | Info Hash: 1078F4278CA1A7FCAE79FED5D96A035214079372<br>File Hash:<br>A415960E8BC24052F5CD6AC3D66077A4EB319516A80B6797FFDB97C8025FB250 | 06/04/2024<br>00:11:34 | Blacked Raw | 06/03/2024 | 06/18/2024 | PA0002476883 |
| 19 | Info Hash: 972DC9D8B4A26DF17CBA6219D39A9016D9BD7D61<br>File Hash:<br>15E5B96466492B1F1E4E86A8A42A7FBD555F9F95128869BDFAB4846B864E2AE6 | 05/29/2024<br>20:21:21 | Milfy | 05/29/2024 | 09/05/2024 | PA0002491135 |
| 20 | Info Hash: F9916C2E446B66D71AC54C44DDA2FABC0D4FD877<br>File Hash:<br>3C5BFC58951C9B5DEADE33EDC4618895CE879B882543832451D3017D4424B0E0 | 02/25/2024<br>00:32:41 | Milfy | 02/21/2024 | 03/15/2024 | PA0002461468 |
| 21 | Info Hash: B493E55E2DEDFAEDD925B3C58956D7419A74E53E<br>File Hash:<br>E2431C1039E91D5FED72104041936A0212470FAE438A9A933FEA1F801EA26DDB | 08/14/2023<br>03:36:14 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 22 | Info Hash: 99D04932631AB8518BDBA483F55E9D532776FDB3<br>File Hash:<br>486214BEBE9BE1748930A2228762FAB8478A0359A889488140DE7BC364BEED4E | 07/16/2023<br>20:15:30 | Milfy | 06/28/2023 | 08/22/2023 | PA0002431069 |
| 23 | Info Hash: BCB8F7DC0DB12CFBEC366D614C091B2CEFE7B7DF<br>File Hash:<br>5CCF4314509562D540126159978EA357BC107103DE1A794372743DF5B10E5F5C | 07/16/2023<br>20:15:20 | Milfy | 07/12/2023 | 08/22/2023 | PA0002431037 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 9BE662B860660A5181956A60790995E6D43AC5F7<br>File Hash:<br>40E44FD4BBEC21822154036E7DB3D0EF7073478EA09FE7D933CB8BBE91A05DF0 | 05/26/2023 22:10:31 | Vixen | 05/26/2023 | 06/09/2023 | PA0002415392 |
| 25 | Info Hash: AD14FD391877443754B02FB5C33C406D5A73C26C<br>File Hash:<br>68F852966DC34FFB84507A572F93A5C01B3D2E6E080AC1CE672FC21BD21C676E | 03/01/2023 01:08:02 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |